# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-01242-JOF
## Kipperman v. Onex Corporation et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 01/9/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 10:30 A.M.<br>TIME COURT CONCLUDED: 4:10 P.M.<br>TIME IN COURT: 4:20 | COURT REPORTER: Lois Phillips<br>DEPUTY CLERK: Traci Clements-Campbell |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Carey representing 1354495 Ontario, Inc.<br>Constance Ewing representing 1354495 Ontario, Inc.<br>Robert Hill representing American Buildings Company<br>Benjamin Lee representing Richard M. Kipperman<br>Catherine O'<br>Neil representing Richard M. Kipperman<br>Joel Pelz representing Richard M. Kipperman<br>Stacey Shortall representing 1354495 Ontario, Inc.<br>Richard Stiffler representing Richard M. Kipperman<br>Maria Vullo representing 1354495 Ontario, Inc. |
| OTHER(S) PRESENT: | Tom Richey, Jeff Wasick |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [257]Motion to Compel GRANTED IN PART & DENIED IN PART The motion is denied as interrogatories 1 and 2. The court grants Plaintiff leave to submit a supplemental interrogatory for further ruling. The motion is granted as to interrogatory 3, 4, Onex LP4, and 5. The court grants plaintiff leave to file for sanctions as stated in the transcript. The motion is denied as to interrogatories 9, 14-18.<br>[291]Motion to Compel WITHDRAWN The parties consent stipulation and proposed withdrawal [362] is granted.<br>[344]Motion for Sanctions DENIED<br>[369]Motion for Order GRANTED The court grants plaintiff leave to file a motion to amend his complaint.<br>[375]Motion to Compel DEFERRED A ruling on the remaining portion of motion [375] regarding plaintiff's litigation expense documents is deferred pending an election by plaintiff. The court directed plaintiff to respond to defendants by Wednesday, January 16, 2008. The court now directs plaintiff to inform the court of its election by close of business three (3) business days from today. |

[382]Motion for Relief GRANTED IN PART & DENIED IN PART
[382]Motion for Protective Order GRANTED IN PART & DENIED IN PART

MINUTE TEXT:   Motion to Compel [312] is granted in part denied in part. The motion is granted with regards to document request 9. The court grants plaintiff leave to amend this document request and re-file it as an interrogatory. The motion is granted in part and denied in part with respect to email and electronic discovery. Motion for Extension [346] is granted. All discovery should be complete by February 29, 2008.