# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD M. KIPPERMAN, not individually but solely in his capacity as Trustee for the MAGNATRAX LITIGATION TRUST,<br>         The Trustee,<br><br>v.<br><br>ONEX CORPORATION, ONEX ABCO LIMITED PARTNERSHIP, ONEX ABCO FINANCE, LLC, ONEX ABCO FINANCE II, LLC, ONEX AMERICAN HOLDINGS, LLC, 1354495 ONTARIO, INC., 302733 NOVA SCOTIA INC., OMI PARTNERSHIP HOLDINGS, LTD., VICWEST CORPORATION, GERALD W. SCHWARTZ, MARK HILSON, NIGEL WRIGHT, CHRISTOPHER A. GOVAN, ROBERT T. AMMERMAN, and R. CHARLES BLACKMON,<br>         Defendants. | CASE NO. 1:05 CV 1242-JOF<br><br>JUDGE J. OWEN FORRESTER |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S REMAINING CLAIMS**

2

Defendants Onex Corporation, Onex ABCO Limited Partnership, Onex ABCO Finance, LLC, Onex ABCO Finance II, LLC, Onex American Holdings, LLC, 1354495 Ontario, Inc., 3027233 Nova Scotia, Inc., OMI Partnership Holdings, Ltd., Gerald W. Schwartz, and Christopher A. Govan (collectively, "Defendants") respectfully file this Motion for Partial Summary Judgment on Plaintiff's Remaining Claims pursuant to Federal Rule of Civil Procedure 56 and ask the Court to grant summary judgment to Defendants on Counts II, VIII, XIII and XVI and to grant partial summary judgment to Defendants on Counts I, III and XVII of Plaintiff's Amended Complaint.  The grounds for Defendants' Motion are set forth in detail in the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment on Plaintiff's Remaining Claims, Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion for Partial Summary Judgment on Plaintiff's Remaining Claims, and the Declaration of Maria T. Vullo.

Respectfully submitted, this 1st day of October, 2009.

| | |
|---|---|
| ROGERS & HARDIN LLP<br>/s/ Richard H. Sinkfield<br>Richard H. Sinkfield (Georgia Bar No. 649100)<br>Phillip S. McKinney (Georgia Bar No. 495725)<br>Dan F. Laney (Georgia Bar No. 435290)<br>229 Peachtree Street, N.E.<br>2700 International Tower<br>Atlanta, Georgia 30303<br>Tel: (404) 522-4700<br>Fax: (404) 525-2224<br>rsinkfield@rh-law.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>/s/ Kenneth A. Gallo<br>Kenneth A. Gallo (admitted *pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel:  (202) 223-7300<br>Fax:  (202) 223-7420<br>kgallo@paulweiss.com<br><br>Maria T. Vullo (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6065<br>Tel:  (212) 373-3000<br>Fax:  (212) 757-3990<br>mvullo@paulweiss.com<br><br>Attorneys for Defendants Onex Corporation, Onex ABCO Limited Partnership, Onex ABCO Finance LLC, Onex ABCO Finance II, LLC, Onex American Holdings, LLC, 1354495 Ontario, Inc., 3027233 Nova Scotia, Inc., OMI Partnership Holdings, Ltd., Gerald W. Schwartz, and Christopher A. Govan |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(B)**

Pursuant to Local Rule 5.1(B), the undersigned counsel hereby certifies that the foregoing **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S REMAINING CLAIMS** has been prepared using 14-point Times New Roman font.

Respectfully submitted, this 1st day of October, 2009.

| | |
|---|---|
| ROGERS & HARDIN LLP<br>/s/ Richard H. Sinkfield<br>Richard H. Sinkfield (Georgia Bar No. 649100)<br>Phillip S. McKinney (Georgia Bar No. 495725)<br>Dan F. Laney (Georgia Bar No. 435290)<br>229 Peachtree Street, N.E.<br>2700 International Tower<br>Atlanta, Georgia 30303<br>Tel: (404) 522-4700<br>Fax: (404) 525-2224<br>rsinkfield@rh-law.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>/s/ Kenneth A. Gallo<br>Kenneth A. Gallo (admitted *pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>Fax: (202) 223-7420<br>kgallo@paulweiss.com<br><br>Maria T. Vullo (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6065<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>mvullo@paulweiss.com<br><br>Attorneys for Defendants Onex Corporation, Onex ABCO Limited Partnership, Onex ABCO Finance LLC, Onex ABCO Finance II, LLC, Onex American Holdings, LLC, 1354495 Ontario, Inc., 3027233 Nova Scotia, Inc., OMI Partnership Holdings, Ltd., Gerald W. Schwartz, and Christopher A. Govan |

4